NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


SEAN PATRICK BRADY,     )
       )
     Appellant,     )
       )
v.     )     Case No. 2D16-4569
       )
STATE OF FLORIDA,     )
       )
     Appellee.     )
_____)

Opinion filed July 20, 2018.

Appeal from the Circuit Court for DeSoto
County; Kimberly Bonner, Judge.

Howard L. Dimmig, II, Public Defender, and
Alisa Smith, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General, for
Appellee.


PER CURIAM.


     Affirmed.


KHOUZAM, SALARIO, and BADALAMENTI, JJ., Concur.